No. 88–7050. KALLIEL v. UNITED STATES, *ante*, p. 827; and

No. 89–5184. RUTHERFORD v. UNITED STATES, *ante*, p. 895. Motions for leave to file petitions for rehearing denied.

No. 89–591. LEE v. BIDEN, UNITED STATES SENATOR, ET AL., *ante*, p. 984. Petition for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

JANUARY 16, 1990

No. 88–2092. UNITED STATES v. SALAMONE. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dowling* v. *United States*, *ante*, p. 342. JUSTICE STEVENS dissents and would deny certiorari.